# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Phillip Davis
Natchitoches Par. Det Center
299 Edwina Dr.
Natchitoches LA 71457

## REHEARING ACTION: July 13, 2011

**Docket Number: 10   00963-KH**

**STATE OF LOUISIANA**
**VERSUS**
**PHILLIP DAVIS**

**Writ Application from Natchitoches Parish Case No. C-7434**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders**
    **Hon. J. David Painter**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Phillip Davis** has this day been

    **DENIED.**

cc: Van Hardin Kyzar, Counsel for the Respondent